EXHIBIT "A"



R. David Ware
Phone: (404) 586-6619
dware@hallboothsmith.com

191 Peachtree St. NE
Suite 2900
Atlanta, GA 30303-1775

Office: (404) 954-5000
Fax: (404) 954-5020
www.hallboothsmith.com

October 24, 2022

**VIA CERTIFIED MAIL – RETURN RECEIPT
REQUESTED AND EMAIL - deebo12@me.com**

Mr. Dwight Howard, II
5200 Moore Road
Suwanee, Georgia 30024

    Re:    *Louis Gregory Pellegrino v. 12-Bray, LLC and Howard*
              Civil Action File No.  1:22-cv-01264-WMR
              USDC, Northern District of Georgia, Atlanta Division

Dear Dwight:

    This is to advise you that we are withdrawing as counsel for you in and in all matters, but in particular, in connection with *Louis Gregory Pellegrino v. 12-Bray, LLC and Howard,* Civil Action File No. 1:22-cv-01264-WMR, USDC, Northern District of Georgia, Atlanta Division.  We will proceed to file the appropriate Motion to Withdraw with your consent.  In that regard, we are required to provide you notice as follows:

- (A) That we will advise the Court that you have instructed us to withdraw as your counsel;

- (B) That the USDC, Northern District of Georgia, Atlanta Division retains jurisdiction of the action;

- (C) You have the burden of keeping the court informed respecting where notices, pleadings, or other papers may be served;

- (D) You have the obligation to prepare for trial or hire other counsel to prepare for trial when the trial date has been set; and

- (E) That if you fail or refuse to meet these burdens, you may suffer adverse consequences, including having a judgment entered against you.

- (F) If the client is a corporation or organization, it may only be represented by an attorney, who must sign all pleadings and papers submitted to the Court; a corporate officer may not represent the client unless that officer is admitted to the bar of this

HALL BOOTH SMITH, P.C.

Mr. Dwight Howard, II
October 24, 2022
Page 2

    Court as a regular member or has been admitted pro hac vice in the case; and failure to comply with this rule could result in a default judgment against the client; and

(G) You have the right to object within 14 days of the date when notice of the attorney's intention to request permission to withdraw was served.

  If our understanding is correct, please indicate your agreement to same by signing and returning a copy of this letter which is enclosed along with a copy of the Motion to Withdraw which is also attached. We will take no further action on your behalf with respect to the litigation referenced above or any other matter pursuant to your request.

  If you have any questions, please do not hesitate to call.

        Sincerely,

        */s/ R. David Ware*

        R. David Ware


Acknowledged and Consented To:

_____
Dwight Howard, II

Date: _____


RDW:erm
Enclosure
xc: Paul Howard

# Covius Document Services Remote Print & Mail
# Mail Activity Statement October 31, 2022



**WPS Account #:** 2002534
**Subsidiary Account #:** 1

**Requesting User Email: emalcolm@hallboothsmith.com**

**Summary of Mailings Completed:**

| Covius Document Services Remote Print & Mail Detail by Date | | | | |
|---|---|---|---|---|
| **Mailed Date** | **Recipient ID** | **Tracking #** | **Service Type** | **Requested On** |
| 10/31/2022 | Nucenco Properties | 9314869904300101040763 | Certified | 10/31/2022 |
| 10/31/2022 | Mr. Dwight Howard, II | 9314869904300101005403 | Certified | 10/28/2022 |

**You can also view detailed tracking information on the tracking page in Certifiedpro.net.**
**If there are any questions, please reach out to sales@walzpostal.com**