IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Louis Gregory Pellegrino<br><br>    Plaintiff<br><br>v.<br><br><br>12-Bray, LLC and Dwight David Howard<br><br>    Defendants. | CIVIL ACTION NO.<br>1:22-cv-1264-WMR |

O R D E R

It is hereby ORDERED that this case be **REFERRED** to the next United States Magistrate Judge on rotation for mediation. Within two days of the completion of the mediation, the parties shall report the outcome of the mediation to the Court.

IT IS SO ORDERED, this 21st day of February, 2022.

WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE