**Leah Britt**

| | |
|---|---|
| **From:** | Regina Molden <rmolden@moldenlaw.com> |
| **Sent:** | Thursday, July 28, 2022 3:22 PM |
| **To:** | R. David Ware |
| **Cc:** | Allison Averbuch; Terri Bennett; Erin Malcolm; Paralegal; Stacy Sanders |
| **Subject:** | Re: Pellegrino- Discovery [IWOV-imanage.FID1492509] |

Good Afternoon David,

My paralegal will send you our Responses to Interrogatories shortly. I have several documents to produce as well but want to have a call with you as well as a confidentiality agreement in place first. Do you have time to talk early next week? Thanks

**MOLDEN & ASSOCIATES**



Peachtree Center Plaza
233 Peachtree Street, NE Suite 1245
Atlanta, GA 30303
(404)324-4500
(404)324-4501 facsimile
rmolden@moldenlaw.com
www.moldenlaw.com

---

**From:** R. David Ware <DWare@hallboothsmith.com>
**Sent:** Wednesday, June 29, 2022 9:25 PM
**To:** Regina Molden <rmolden@moldenlaw.com>
**Cc:** Allison Averbuch <AAverbuch@hallboothsmith.com>; Terri Bennett <TBennett@hallboothsmith.com>; Erin Malcolm <EMalcolm@hallboothsmith.com>; Paralegal <Paralegal@moldenlaw.com>; Stacy Sanders <SSanders@moldenlaw.com>
**Subject:** Re: Pellegrino- Discovery [IWOV-imanage.FID1492509]

Thanks, Regina.

**R. David Ware**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 404.954.5000      191 Peachtree Street NE, Suite 2900
**D:** 404.586.6619      Atlanta, GA 30303
**M:** 404.402.0204     hallboothsmith.com

 ALABAMA | ARKANSAS | COLORADO | FLORIDA | GEORGIA
MONTANA | NEW JERSEY | NEW YORK | OKLAHOMA
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE



1

CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy the original message and any copies.

On Jun 29, 2022, at 6:50 PM, Regina Molden <rmolden@moldenlaw.com> wrote:

No problem.

Best,
Regina

**MOLDEN & ASSOCIATES**
<Outlook-uzpmqexh.jpg>

Peachtree Center Plaza
233 Peachtree Street, NE Suite 1245
Atlanta, GA 30303
(404)324-4500
(404)324-4501 facsimile
rmolden@moldenlaw.com
www.moldenlaw.com

---

**From:** Allison Averbuch <AAverbuch@hallboothsmith.com>
**Sent:** Wednesday, June 29, 2022 5:37 PM
**To:** Regina Molden <rmolden@moldenlaw.com>
**Cc:** R. David Ware <DWare@hallboothsmith.com>; Terri Bennett <TBennett@hallboothsmith.com>; Erin Malcolm <EMalcolm@hallboothsmith.com>
**Subject:** Pellegrino- Discovery [IWOV-imanage.FID1492509]

Hi Regina,

I hope you are doing well. We understand that Orlando won't be working on this matter due to his departure from your firm, so we look forward to working with you going forward.

First, please find attached Defendants' discovery requests to Plaintiff.

I also wanted to see if you would be amenable to a thirty-day extension to Defendants' discovery responses which are due on Friday. We are still working on our responses due to some unexpected health issues this month on my part and Mr. Howard's travel abroad. We would certainly appreciate it! Please let me know if this is agreeable to you.

Thanks so much,
Allison

**Allison Averbuch**
Attorney at Law | Hall Booth Smith, P.C.

**O:** 404.954.5000         191 Peachtree Street NE, Suite 2900
**D:** 404.954.5003         Atlanta, GA 30303
                            hallboothsmith.com

<HBS_Email_Signature_1.19.22.jpg>
CONFIDENTIALITY NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileg